FRANK'S INTERNATIONAL, INC., Plaintiff–Appellant,

v.

OFFSHORE CASING CREW, INC. and Mullins & Associates, Inc., Defendants–Appellees.

No. 00–1554.

United States Court of Appeals, Federal Circuit.

Oct. 9, 2001.

Before MAYER, Chief Judge, NEWMAN, and BRYSON, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. See Fed. Cir. R. 36.